```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                      CASE NO. 05 B 35675
   DION T TROTTER
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-6262

-----------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
    The case was filed on 09/06/2005 and was confirmed 12/08/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 03/08/2007.
-----------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                             PAID          PAID
-----------------------------------------------------------------------
H & R ACCOUNTS             UNSECURED            97.61          .00         97.61
FIRST RESOLUTION INVES     FILED LATE         4905.50          .00           .00
BANK ONE NATL BKCY DEPT    UNSECURED         NOT FILED         .00           .00
CREDIT PROTECTION ASSOC    UNSECURED         NOT FILED         .00           .00
F & W LIC                  UNSECURED         NOT FILED         .00           .00
HARVARD COLLECTION SERVI   UNSECURED         NOT FILED         .00           .00
JACKSON PARK HOSPITAL      UNSECURED         NOT FILED         .00           .00
MID AMERICA MANAGEMENT     UNSECURED         NOT FILED         .00           .00
SPRINT-NEXTEL CORP         UNSECURED         NOT FILED         .00           .00
PENTAGROUP                 UNSECURED         NOT FILED         .00           .00
US CELLULAR                UNSECURED         NOT FILED         .00           .00
KEITH S SHINDLER ESQ       NOTICE ONLY       NOT FILED         .00           .00
TIMOTHY K LIOU             DEBTOR ATTY        2,494.20                    2,494.20
TOM VAUGHN                 TRUSTEE                                          150.07
DEBTOR REFUND              REFUND                                            86.26

         Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                           RECEIPTS            DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                    2,828.14

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                          97.61
ADMINISTRATIVE                                  2,494.20
TRUSTEE COMPENSATION                              150.07
DEBTOR REFUND                                      86.26
                         --------------      --------------
TOTALS                      2,828.14            2,828.14


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 35675 DION T TROTTER
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                         /s/ Tom Vaughn

Dated: 10/04/07                           _____
                                                         TOM VAUGHN
                                                         CHAPTER 13 TRUSTEE